**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Abdulamir Al-Asadi, an individual, | No. CV-09-0047-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| City of Phoenix, a municipality; Clint Crockett, in his individual capacity as an officer with the City of Phoenix Police Department; Kane Kimble, in his individual capacity as an officer with the City of Phoenix Police Department; and Robert Metrick, in his individual capacity as an officer with the City of Phoenix Police Department, | |
| Defendants. | |

Defendants Kane Kimble and Robert Metrick have filed a partial motion to dismiss counts one, two, and four of Plaintiff's first amended complaint for failure to comply with A.R.S. § 12-821.01. Dkt. #3. Plaintiff's response (Dkt. #6) and Defendants' reply (Dkt. #7) have been filed. The Court will grant the motion.

Defendants Kimble and Metrick argue that Plaintiff failed to file a timely notice of claim with them individually concerning Plaintiff's claims for negligence and/or gross negligence (count one), false arrest/imprisonment (count two), and intentional infliction of emotional distress (count four). Plaintiff does not dispute this assertion. Because Defendants' motion does not request relief beyond dismissal of the individual claims asserted against Kimble and

1  Metrick, the Court does not address Plaintiff's arguments concerning the City's *respondeat*
2  *superior* liability for Kimble and Metrick's actions.
3       **IT IS ORDERED** that Defendants' partial motion to dismiss counts one, two, and four
4  of Plaintiff's first amended complaint (Dkt. #3) is **granted**.  Counts one, two, and four of
5  Plaintiff's first amended complaint are **dismissed** as against Defendants Kane Kimble and
6  Robert Metrick.
7       DATED this 9th day of February, 2009.

*/s/ David G. Campbell*
———————————————————
David G. Campbell
United States District Judge

- 2 -